IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEWAYNE ROY WILSON #07731-084
AKA. SULAIMAN ABU SHAHID
           plaintiff,
v.
THE FEDERAL BUREAU OF PRISONS et, al.;
           defendant(s).

FILED SCRANTON
JUL 07 2020
PER _____ DEPUTY CLERK

Civil Action No. _____

MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION

Comes Now, Dewayne Roy Wilson, AKA Sulaiman Abu Shahid before the court pro-se for Preliminary/Permanent Injunction against the defendant(s) The Federal Bureau of Prisons, and it's employees.

I. JURISDICTION & VENUE
The U.S. District court for The Middle District of Pennsylvania is an appropriate venue under 28 U.S.C. §1391 (e),(1). Because it is where the events giving rise to this claim occurred.

II. Petitioner Dewayne Roy Wilson AKA Sulaiman Abu Shahid, is and was at all times mentioned herein a prisoner of

(1)

the Federal Bureau of Prisons. He is currently confined in FCI SCHUYLKILL located in Minersville, Pennsylvania.

III. FACTS

Warden Scott Finley is the Warden of FCI SCHUYLKILL. He is legally responsible for the operation of FCI SCHUYLKILL, and for the welfare of all the inmates in that prison.

Dr. Leslie Murray is the Drug Abuse Coordinator (DAP-C) of FCI SCHUYLKILL within the Federal Bureau of Prisons. She is responsible for the drug abuse treatment for all inmates in FCI SCHUYLKILL.

UNIT MANAGER C. GIPE is responsible for records related to the inmate's prison file and case management.

On or about May 18, 2020, Dr. L. Murray ordered one of her subordinates to remove me from my cell in unit 1-A in order to have me meet with her inside of her office. While inside, Dr. Murray stated that I would not be able to use my legally adopted religious name in RDAP. In her report dated 05/19/2020, Dr. Murray stated that: "It was explained that inmate Wilson would be referred to as Mr. Wilson and that he could not choose to

have an alternate or additional name added, unless his last name was officially changed in SENTRY and/or BEMR records." see, Exhibit (A). Subsequently, on or about June 11, 2020, Petitioner filed an Administrative remedy against Dr. Murray for an unrelated action she'd taken against him. See, Remedy ID# 1025502-F1 (still pending).

Upon information and belief Dr. Murray's treatment team meeting that was held on or about June 15, 2020, was used soley for Dr. Murray's plan of Retaliation for Petitioner's filing of the afore-mentioned Administrative remedy. Dr. Murray waited [33] days from the initial contact on 05/18/2020 to conduct her 06/15/2020 team meeting.

On or about 05/05/2020 and prior to both of Dr. Murray's "meetings", Petitioner spoke with Unit Manager C. Gipe via electronic email. In that correspondence Mr. Gipe stated: "Your religious name of Sulaiman Abu Shahid has been entered and annotated as a legal name of Dewayne Wilson, Reg No. 07731-084" see, Exhibit (B).

Shortly after on or about June 15, 2020, Dr. Murray stated: "It was explained that, per previous discussion with this writer, his primary DTS, and unit team, his legal last name has not changed in BOP SENTRY and/or BEMR records." see, Exhibit (C). Mr. Gipe is the Supervisor of the

Petitioner's unit team that Dr. Murray spoke of in her clinical contact report dated 06/15/2020.

Which brings us to a question of law and fact. What is the actual committed name of the Petitioner? On or about April 27, 2020, in the U.S. District Court for the Western District of Virginia, The Honorable Judge Conrad granted Petitioner's motion(s) to amend his name in the record of the court, judgment, and commitment order, from Dewayne Roy Wilson, to Sulaiman Abu Shahid. see, Exhibit (D).

On or about 05/08/2020, Petitioner contacted Warden Finley via electronic email (Inmate Request to staff) in regards to the legal name change and sentencing court's order. Warden Finley stated: "The judgment did not change your committed name, which is Dewayne Wilson, in SENTRY and on your ID card" see, Exhibit (E). Petitioner responded by stating "I will contact the Judge for clarification" see also, Exhibit (E).

On or about May 15, 2020, The Honorable Judge Conrad granted Petitioner's motion(s) to amend the case caption to reflect the petitioner's recently-changed name. see, Exhibit (F). In that order the sentencing judge stated that: "The Court believes that it's prior order, ECF No. 194, and the amended Judgment, ECF No. 195, are sufficiently

(4)

clear to reflect that the defendant's committed name is Sulaiman Abu Shahid." see, Exhibit (F).

Even more intriguing is the fact that Dr. Murray's reasoning for my expulsion from RDAP was based on Petitioner's use of the legal name in the program. Dr. Murray asserted that the name of Sulaiman Abu Shahid should not be used, and therefore was prohibited in RDAP. see, Clinical Contacts attached. It is evident that Dr. Murray's actions were retaliatory in nature, and violative of U.S. Constitution's First amendment and Equal Protection under the fourteenth amendment.

Prior to Dr. Murray's decision to expel, her Supervisor Dr. Minnig was contacted by the Petitioner via electronic email, Inmate Request to Staff, on or about 05/12/2020. see, Exhibit (G). Clearly, Petitioner attempted to follow the chain of command; to no avail.

Per her own request on 05/18/2020, Dr. Murray was sent an electronic email, Inmate Request to Staff, in which she elected [NOT] to respond see, Exhibit (H).

IV. Exhaustion of Legal Remedies
Petitioner Dewayne Roy Wilson, AKA Sulaiman Abu Shahid

(5)

used the grievance system at FCI SCHUYLKILL to try to solve the problem. Warden Finley has been aware of petitioner's interest in using his legally adopted name since March 27, 2020. see Exhibit(I), Administrative remedy # 1009288-F1. Warden Finley failed to acknowledge the authenticity of the original State of New Jersey court order and claimed that petitioner needed an Federal order. see also Exhibit(I). The Honorable Judge Conrad is petitioner's Federal Sentencing Judge and his order shall be enforced.

To date, the Federal Bureau of Prisons has not responded to Administrative remedy number [1009288] as it is long overdue for response from the Regional office. The question now is whether or not the administrative remedy is available?. Clearly, this is an emergency situation as the petitioners rights continue to be violated.

Therefore, Petitioner humbly requests a preliminary and Permanent Injunction from this court. Jackson v. District of Columbia, 254 F.3d 262 (D.C. Cir 2001).

## V. Prayer For Relief

WHEREFORE, Petitioner respectfully prays that this court enter a judgment granting petitioner:

(6)

A preliminary and permanent Injunction ordering The Federal Bureau of Prisons and it's employees to honor the order of the Sentencing Court, and to order the Bureau of prisons to recognize and acknowledge petitioner's legally adopted name of Sulaiman Abu Shahid. Also ordering the BOP to enter his legally adopted name into SENTRY and BEMR records, in accord with Judge Conrad's order(s). IF this court does not grant petitioner's motion for preliminary and permanent Injunction, he will suffer from irreparable harm.

Respectfully Submitted,

*Sulaiman Abu Shahid*
Sulaiman Abu Shahid
Reg No. 07731-084
FCI SCHUYLKILL
P.O. Box 759
Minersville, PA 17954

## VERIFICATION

I have read the foregoing motion for Injunction and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746

Executed at FCI SCHUYLKILL Minersville, PA 17954 on June 30, 2020.

Respectfully Submitted,

*Sulaiman Abu Shahid*

Sulaiman Abu Shahid
FCI SCHUYLKILL
Reg No. 07731-084

(8)

## Bureau of Prisons
## Psychology Services
## RDAP - Clinical Contact

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | WILSON, DEWAYNE ROY | | | | Reg #: | 07731-084 |
| Date of Birth: | 11/18/1974 | Sex: | M | Facility: SCH | Unit Team: | RDAP |
| Date: | 05/19/2020 15:45 | Provider: | Murray, Leslie PsyD/M.Ed | | | |

### Comments

This writer and inmate WILSON's primary DTS met with inmate WILSON on 05/18/2020 at approximately 2:30 PM. This contact was utilized to address recent disruptive behavior, specifically, inmate WILSON refusing to answer to his name during roll call and refusing to be pulled up during the 05/13/2020 Community Meeting, as he was being pulled up as "Mr. WILSON."

This writer reviewed RDAP program expectations about how inmates are addressed during programming activities. It was explained that inmate WILSON would be referred to as Mr. WILSON and that he could not choose to have an alternate or additional name added, unless his last name was officially changed in SENTRY and/or BEMR records. When asked, inmate WILSON indicated that he will not respond if addressed as "Mr. WILSON." It was explained that given the choice not to respond to "Mr. WILSON," inmate WILSON will be excused from RDAP programming and not accrue RDAP hours until he is ready to participate in RDAP and meet the expectations regarding names used to address inmates. He was encouraged to speak to his DTS and/or this writer when he is ready to continue participating in RDAP.

Completed by Murray, Leslie PsyD/M.Ed on 05/29/2020 14:18

Exhibit (A)

Sulaiman Abu Shahib

exhibit (...)

TRULINCS 07731084 - WILSON, DEWAYNE ROY - Unit: SCH-A-A

Exhibit (B)

----

FROM: 07731084 WILSON, DEWAYNE ROY
TO: UNIT 1
SUBJECT: ***Request to Staff*** WILSON, DEWAYNE, Reg# 07731084, SCH-A-A
DATE: 05/07/2020 12:41 PM

To: Mr.Gipe ,Unit Manager
Inmate Work Assignment: Orderly

Dear Mr. Gipe
As discussed with the Records Department Supervisor Today via electronic email at approximately 12:34pm . The Associate Warden -Mr. Gabrielson was contacted via electronic email in regards to the issue I am having with receiving adequate Identification from the Records Department in order to have the documents I wish to have Notarized by the Notary .My position is that this topic is ripe for consideration of the Associate Warden .Please be advised that all correspondence pertaining to this issue will be forwarded to AW Gabrielson from this day forward . Thank you

"True and Correct Under Penalty of Perjury"
28 USC 1746

Sulaiman Abu Shahid
Reg # 07731-084

-----WILSON, DEWAYNE ROY on 5/6/2020 3:13 PM wrote:

>

Mr. Gipe
Will there be away for me to notarize documents under the religious legal name Sulaiman Abu Shahid ?
-----UNIT 1 on 5/6/2020 2:37 PM wrote:

>
Mr. Wilson,

There will be no change to your committed name at this time. Your religious name of "Sulaiman Abu Shahid" has been entered and annotated as a legal name of Dewayne WILSON, Reg. No. 07731-084 (committed name). The Bureau will continue to recognize your committed name based on Program Statement 5800.15: Correctional Systems Manual.

I hope this addresses any concerns in which you may have,

Mr. Gipe
Unit Manager
>>> ~^!"WILSON, ~^!DEWAYNE ROY" <07731084@inmatemessage.com> 5/5/2020 3:47 PM >>>
To: Mr.Gipe
Inmate Work Assignment: Orderly

so when does records make a change?
-----UNIT 1 on 5/5/2020 2:47 PM wrote:

>
This request has already been completed.

Mr. Gipe
Unit Manager

>>> ~^!"WILSON, ~^!DEWAYNE ROY" <07731084@inmatemessage.com> 5/4/2020 7:13 PM >>>
To: Mr.Gipe
Inmate Work Assignment: Orderly

Dear Mr.Gipe :
I have a U.S. District Court order dated April27,2020,recognizing my legal name Sulaiman Abu Shahid .Please enter into Sentry accordingly .. thank you

# Bureau of Prisons
## Psychology Services
### RDAP - Clinical Contact

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILSON, DEWAYNE ROY | | Reg #: | 07731-084 |
| Date of Birth: | 11/18/1974 | Sex: M   Facility: SCH | Unit Team: | RDAP |
| Date: | 06/15/2020 09:22 | Provider: Murray, Leslie PsyD/M.Ed | | |

**Comments**

Inmate WILSON was seen by the Treatment Team on 06/15/2020 at approximately 8:00 AM. Of note, after he was called into the Team meeting room, inmate WILSON immediately asked what the meeting was in reference to. He then requested to obtain legal paperwork form his cell, which he was permitted to obtain. This writer briefly reviewed the material, per inmate WILSON's request. Inmate WILSON stated his belief that the paperwork should result in his name changing in the BOP system. It was explained that, per previous discussion with this writer, his primary DTS, and Unit Team, his legal last name has not changed in BOP SENTRY and/or BEMR records.

This Team meeting was utilized to review the previously discussed expectations about how inmates are addressed during programming activities, which were reviewed with inmate WILSON by this writer and his primary DTS on 05/18/2020. Inmate WILSON was asked if he will respond to and be addressed as "Mr. WILSON." Inmate WILSON stated, "I need to be who I am and who I have fought so hard to be. I don't know this Wilson. I am Mr. Shahid." While he later stated he would stand for roll call and respond when staff address him as Mr. WILSON, he stated he would not refer to himself as Mr. WILSON and he would not respond to other inmates calling him WILSON.

Additionally addressed during this Team meeting was inmate WILSON's previous behavior of not accepting a pull up, which was also discussed during the 05/18/2020 contact with this writer and inmate WILSON's primary DTS. On today's date, inmate WILSON stated that he did not refuse the pull-up because he was addressed by the name Mr. WILSON, rather he refused, because, "I thought it was targeted. The pull-up was for being late to the meeting, but I was by my cell. I wasn't late, so I didn't think I needed to be pulled up." Inmate WILSON also reported his belief that DTS staff "may have" orchestrated the pull-up to "target" him.

Given inmate WILSON's choice to not adhere to program expectations about how inmates are referred to in RDAP, inmate WILSON was informed that he will be excused from programming and not accrue RDAP hours until he is ready to meet expectations to participate in RDAP. It was explained that he will be secured in his cell during program hours, unless his Unit COVD-19 Modified Operations group is having their out of cell time.

Inmate WILSON made attempts to debate with this writer about the legal changes made to his name and his desire to participate in RDAP. He was excused from the Team meeting at that time.

Completed by Murray, Leslie PsyD/M.Ed on 06/16/2020 08:38

x Sulaiman Abu Shahid

exhibit (C)

Exhibit (D) Sulaiman Abu Shahid

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:12CR00035 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DEWAYNE ROY WILSON, ) | By: Hon. Glen E. Conrad |
| ) | Senior United States District Judge |
| Defendant. ) | |

This matter is before the court on defendant's motions to amend his name in the record of the court, judgment, and commitment order, from Dewayne Roy Wilson, to Sulaiman Abu Shahid, pursuant to a legal name change in the Superior Court of New Jersey, Essex County, which is dated November 9, 2018. See ECF No. 192-1. Finding good cause, and hearing no objection, it is now

**ORDERED**

that defendant's motions, ECF Nos. 192, 193, are **GRANTED**. The court record now shall reflect the original name for record keeping purposes, and be updated to include Sulaiman Abu Shahid as an "also known as" legal name. The Clerk is directed to enter an amended judgment in accordance with this order.

The Clerk is directed to send copies of this order to the defendant and all counsel of record. DATED: This 27th day of April, 2020.

_/s/ Glen Conrad_
Senior United States District Judge

TRULINCS 07731084 - WILSON, DEWAYNE ROY - Unit: SCH-A-A

Exhibit

(E)

Sulaiman Abu Shahid

FROM: 07731084 WILSON, DEWAYNE ROY
TO: Warden
SUBJECT: ***Request to Staff*** WILSON, DEWAYNE, Reg# 07731084, SCH-A-A
DATE: 05/08/2020 02:23 PM

To: Warden Mr. Scott Finley
Inmate Work Assignment: Orderly

Dear Sir:
The reading seems to be vague ..I will contact the Judge for clarification . So my next question is will I be able to use the Notary Public Services of the institution using my legal religious name Sulaiman Abu Shahid ?
-----Warden on 5/8/2020 2:07 PM wrote:

>

According to PS 5800.15, Section 402 d:
 d. Inmate Committed, Legal, and True Names. The name entered on the
J&C is considered the committed name to be used by the inmate, as well
as the Bureau. SENTRY must reflect the committed name, which may only be
changed by an order from the Federal sentencing court. Court orders will
be filed in the J&C file in accordance with Attachment A of this Manual
and the DSCC will be notified accordingly.
 Some orders/documents indicate "legal" names or "true" names in
addition to the committed names used in the criminal case. A SENTRY code
for "legal" name has been established and the SENTRY "legal" name field
must be updated accordingly. A "true" name will be entered into SENTRY
as an alias.
 Additionally, inmates may adopt name changes in accordance with
religious affiliations or other lawful means. It is the inmate's
responsibility to provide CSD staff with verifiable documentation of the
name change which will be entered by staff in the SENTRY "legal" name
field.
 Names that are inflammatory and contrary to the institution's security
or orderly operation are not acceptable.
The Judgment asked we change your "legal name" which was added in the
same manner you add an alias, or an "also known as".
The Judgment did not change your committed name, which is Dewayne
Wilson, in sentry and on your ID card, because that is the name that is
entered on the Judgment and Commitment Order.

>>> ~^!"WILSON, ~^!DEWAYNE ROY" <07731084@inmatemessage.com> 5/8/2020
2:19 PM >>>
To: Warden Mr. Scott Finley
Inmate Work Assignment: Orderly

Dear Sir :
Please be advised that On or about April 27,2020, the Honorable Judge
Conrad from the Western District Of Virginia ,entered an order to amend
the Judgment and Comittment Order and to have that information available
for the BOP . I have the documentation . I have requested an updated
Identification Card from CMC Ms. Manbeck ;to no avail. I am forwarding
this email where she claims that I havent requested anything to you for
your review and determination .Previously Ms. Manbeck stated in
electronic correspondence that I would need a"federal Sentencing Order".
I have that order in my possession . I just would like to be liberated
from the collective effort to continously violate my civil rights
.Please Investigate this matter ,thank you
"True and Correct under Penalty of Perjury"
28 USC 1746

Exhibit (F)
Sulaiman Abu Shahid
Exhibit (F)

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
05/15/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:12CR00035 |
| v. ) | |
| ) | **ORDER** |
| DEWAYNE ROY WILSON, a/k/a ) | |
| SULAIMAN ABU SHAHID ) | By: Hon. Glen E. Conrad |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before the court is defendant's motion to amend the case caption of this matter to reflect the defendant's recently-changed name: Sulaiman Abu Shahid. Finding good cause, it is hereby

**ORDERED**

that defendant's motion, ECF No. 196, is **GRANTED**. The case caption shall hereafter reflect Sulaiman Abu Shahid as the defendant's name.

Mr. Shahid has also submitted a letter requesting clarification regarding the court's prior order, ECF No. 194, which granted Mr. Shahid's motion to amend the judgment and commitment order in his case. The court believes that its prior order, ECF No. 194, and the amended judgment, ECF No. 195, are sufficiently clear to reflect that the defendant's committed name is Sulaiman Abu Shahid. If Mr. Shahid still contends that his rights are being violated after this court's orders and after exhausting his administrative remedies, this court is not the proper venue to resolve that dispute. Because Mr. Shahid is currently incarcerated in F.C.I. Schuykill, located in Minersville, Pennsylvania, Mr. Shahid will need to seek relief in the United States District Court for the Middle District of Pennsylvania. See 28 U.S.C. § 1391(e)(1).

The Clerk is directed to send copies of this order to the defendant and all counsel of record.

DATED: This 15th day of May, 2020.

_____
Senior United States District Judge

TRULINCS 07731084 - WILSON, DEWAYNE ROY - Unit: SCH-A-B
--------------------------------------------------------------------------------

FROM: 07731084 WILSON, DEWAYNE ROY
TO: Psychology
SUBJECT: ***Request to Staff*** WILSON, DEWAYNE, Reg# 07731084, SCH-A-A
DATE: 05/12/2020 12:10 PM

To: Dr.Minnig
Inmate Work Assignment: Orderly

please be advise that no response is attached at the present time .
-----Psychology on 5/12/2020 7:47 AM wrote:

>
Please see Dr. Murray in the Unit.

>>> ~^!"WILSON, ~^!DEWAYNE ROY" <07731084@inmatemessage.com> 5/11/2020 7:30 PM >>>
To: Dr.Minnig
Inmate Work Assignment: Orderly

Dear Maam:
I am unsure why my legal name has not been added to the roll call list here .Especially after I have a Federal and State Judges Order. Additionally I was told by Mr.Gipe that the religious name has been entered into SENTRY. As previously explained I wish to participate in the RDAP here and sucessfully complete it as a goal I've set for my recovery . I do not want this failure to recognize my religious name to be used against me like I have a behavior problem because I dont . There is alot of negativity attached to my former name (Dewayne Roy Wilson) and I feel like I am being forced to relive it . Please take this into consideration through out my travels in the program .

"True and Correct Under Penalty of Perjury "
28 USC 1746

Thank You

Sulaiman Abu Shahid

Exhibit (G)

TRULINCS 07731084 - WILSON, DEWAYNE ROY - Unit: SCH-A-B

------------------------------------------------------------------------------------------

FROM: 07731084 WILSON, DEWAYNE ROY
TO: Psychology
SUBJECT: ***Request to Staff*** WILSON, DEWAYNE, Reg# 07731084, SCH-A-A
DATE: 05/18/2020 06:02 PM

To: Dr. Murray
Inmate Work Assignment: Orderly

Attn Dr. Murray:
On or about 05/18/2020,at approximately 8:37am ,I filed an Administrative remedy based on discrimination caused by the denial of programming hours for a phase one participant as myself ;dating back to atleast May 4-8th,2020. On that same date 05/18/2020 at approximately 2:28pm ,you arranged for Mr.Getchey to bring me from my cell into your office for a discussion. During this brief discussion you mentioned the fact that we had a previous discussion concerning my legal religious name . Today you stated that "during roll call I was hesitant" to acknowledge the name Wilson and that I had only responded when both names were called by my peer .At that point I asked if you would like to review the court documents while we spoke so that there was no confusion as to the issue at hand .You declined to review the documents. You went on to state that the legal name is "not in your computer". On or about 5/5/2020, Mr. Gipe ,the Unit Manager, said in an electronic correspondence ,that the legal name has been entered into SENTRY..Therefore it should infact be in your computer as well  . You further stated that I "would not be programming until I accepted and went by the name you have in your computer". I took this to mean I would not receive RDAP hours ect. You then stated that my "legal name is not to be used ". I respectfully explained to you that this was a matter for the Administration and Courts to consider .I also informed you that I was not willing to give up my First Amendment rights to satisfy the burden the BOP is faced with . You explained your view as I listened politely, but your opinion of the matter seemed to favor yourself .So at that point I asked you to put what you were expecting of me into writing .Your response was for me to send you an" electronic cop-out" . Everytime I sent a cop-out to psychology  the response was fo me to "see Dr. Murray on the Unit".When I asked for the conversation in writing you asked"what are you going to do file an administrative remedy? "That to which I did not respond . I feel that the law is worth mentioning in part: which states that:
An Inmate's First Amendment free exercise rights are violated if he is forced to acknowledge his religiously offensive name as a precondition of receiving benefits or services to which he is entitled .see Ali v. Dixon ,912 F.2d 86 (4th Cir.1990) at pg 90.
It appears to me that you gave me an unconstitutional ultimatum.And that was to either drop my religious legal name or lose out on the benefit and services that RDAP provides ,such as hours and treatment . Is that what you were explaining to me ?

To the best of my knowledge this information is "True and correct
under the penalty of Perjury 28 USC 1746 "

Exhibit (H)

Exhibit (I)

Name:       WILSON, Dewayne R.
Reg. No.:   07731-084
Unit:       Unit 1-A
Remedy ID:  1009288-F1
Page 1 of 1

## PART B - RESPONSE

This is in response to your Inmate Request for Administrative Remedy received on March 6, 2020, in which you state, "On or about February 27, 2020, during roll-call for the participants in the RDAP here at FCI Schuylkill, I attempted to be recognized, by staff as Saulaiman Abu Shahid, my legal name. See, Exhibit (A), on or about, November 9, 2018, the Honorable Thomas R. Vena entered an order that authorized (Dewayne Roy Wilson) to assume the name of Sulaiman Abu Shahid. See, Exhibit (B) Dr. Murray the RDAP Coordinator was put on notice of the legal name change, rather than rectify the situation with the Records Department, she ordered the DTS to continue to address Mr. Shahid as Mr. Wilson. Thus, violating the first amendment…"

Program Statement 5800.15: Correctional Systems Manual, Chapter 4, Page 2, states, "(d) Inmate Committed, Legal, and True Names. The name entered on the J&C is considered the committed name to be used by the inmate, as well as the Bureau. SENTRY must reflect the committed name, which may only be changed by an order from the Federal sentencing court."

The documentation in which you provide originates in the Superior Court of New Jersey and not a Federal sentencing court. Additionally, although you may adopt name changes, you must provide sufficient documentation to provide Correctional Systems Department (CSD) staff to be reviewed and entered as a legal name change. It should be noted that you will continue to be recognized by your committed name as outlined in Program Statement 5800.15 and not the name entered as a "true, legal, or alias name."

Accordingly, your request for Administrative Remedy is denied.

If you are not satisfied with this decision, you may appeal to the Regional Director, Federal Bureau of Prisons, U.S. Customs House, Second and Chestnut Streets, Philadelphia, Pennsylvania, 19106, within 20 calendar days of the date of this response.

03/27/20
Date

Scott Finley, Warden

FILED SCRANTON
JUL 07 2020
PER [signature] DEPUTY CLERK

6/30/2020

COVER LETTER

c/o
crim NO: 3:12cr00035

DEAR CLERK OF COURT:                    NOT MDPA Criminal

Enclosed / Attached please find plaintiffs MOTION FOR PRELIMINARY / PERMANENT INJUNCTION, ORDER TO SHOW CAUSE, EXHIBITS (A-I), AND AFFIDAVIT IN SUPPORT:

Please file and docket with the Court and send to me a copy of the docket sheet.

Thank you

Sulaiman Abu Shahid
Sulaiman Abu Shahid

Mailing address:
Dewayne Wilson #07731-084
FCI Schuylkill
PO Box 759
Minersville, PA 17954-0759

"NOTE: Any marks on documents are due to my error and are signed accordingly"

28 USC 1746

DEWAYNE WILSON #07731-084
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA. 17954-0759

RECEIVED
SCRANTON
JUL 0 7 2020
PER _____
        DEPUTY CLERK

"LEGAL MAIL"